DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____ RTC DOCKET SHEET _____ Page 1

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/08/23 | RTC-1 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Federal Energy Regulatory Commission order involving nine appeals pending in seven circuits as follows: one in the District of Columbia Circuit, one in the Third Circuit, three in the Fifth Circuit, one in the Sixth Circuit, one in the Seventh Circuit, one in the Ninth Circuit and one in the Tenth Circuit.--appealing agency order No. 490 and 490-A Abandonment of Sales, dated July 22, 1988 |
| 88/08/23 | RTC-1 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating nine appeals that were pending in seven circuits in the Sixth. Random Selector Rose E. Washington, and Witness Catherine D. Stacey. Notified Federal Energy Regulatory Commission and clerks in involved circuits. |
| 88/08/25 | RTC-1 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED BY Federal Energy Regulatory Commission w/cert. of svc. |
| 88/10/31 | RTC-2 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Federal Energy Regulatory Commission order involving two appeals pending in two circuits as follows: one in the District of Columbia Circuit and one in the Tenth Circuit.--appealing agency order No. 44 FERC 61,434, dated September 30, 1988. |
| 88/10/31 | RTC-2 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating two appeals that were pending in two circuits in the United States Court of Appeals for the Tenth Circuit. Random Selector Patricia D. Howard, and Witness Rose E. Washington. Notified Federal Energy Regulatory Commission and clerks in involved circuits. |
| 88/11/01 | RTC-3 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Federal Energy Regulatory Commission order involving two appeals pending in two circuits as follows: one in District of Columbia Circuit and one in Fifth Circuit.--appealing agency order No. 44 FERC 61,385, dated September 23, 1988 |
| 88/11/01 | RTC-3 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating two appeals that were pending in two circuits in the United States Court of Appeals for the District of Columbia Circuit. Random Selector Patricia D. Howard, and Witness Rose E. Washington. Notified Federal Energy Regulatory Commission and clerks in involved circuits. |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___  --  _____ RTC DOCKET SHEET _____ Page 2 _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/11/16 | RTC-2 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER dated 10/31/88 FILED BY Federal Energy Regulatory Commission w/cert. of svc |
| 88/11/16 | RTC-3 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER dated 11/1/88 FILED BY Federal Energy Regulatory Commission w/cert. of svc. |
| 89/01/31 | RTC-4 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Interstate Commerce Commission order involving two appeals pending in two circuits as follows: one in the U.S. Court of Appeals for the District of Columbia Circuit and one in the U.S. Court of Appeals for the First Circuit--appealing agency order Finance Docket No. 30965 (Sub-No.1), dated January 10, 1989 |
| 89/01/31 | RTC-4 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating two appeals that were pending in two circuits in the United States Court of Appeals for the District of Columbia Circuit. Random Selector Patricia D. Howard, and Witness Rose E. Washington. Notified Interstate Commerce Commissi Commission and clerks in involved circuits. |
| 89/02/10 | RTC-4 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED BY U.S. Department of Labor, Occupational Safety and Health Administration w/cert. of svc. |
| 89/02/13 | RTC-5 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM U.S. Department of Labor, Occupational Safety and Health Administration order involving five appeals pending in four circuits as follows: two in U.S. Court of Appeals for the District of Columbia Circuit, one in the U.S. Court of Appeals for the Fifth Circuit, one in the U.S. Court of Appeals for the Seventh Circuit and one in the U.S. Court of Appeals for the Eleventh Circuit.--appealing agency ruling published in _Federal Register_ on January 19, 1989, |
| 89/02/13 | RTC-5 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating five appeals that were pending in four circuits in the U.S. Court of Appeals for the Eleventh Circuit. Random Selector Denise Settle and Witness Patricia D. Howard  Notified U.S. Department of Labor, Occupational Safety and Health Administration and clerks in involved circuits. |